1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Garibay<br><br>        Plaintiff,<br><br>v.<br><br>Best California Gas, LTD. et al<br><br>        Defendants. | Case No.  CV 19-05476-AB (GJSx)<br><br>ORDER DISMISSING CIVIL ACTION |

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated:  August 29, 2019     _____

                ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT JUDGE